United States District Court
Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6

| | |
|---|---|
| 7  JOHN MACHIKAWA, et al., | Case No. 15-cv-01001-HSG |
| 8           Plaintiffs, | **ORDER CONTINUING DEADLINES FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINTS** |
| 9       v. | |
| 10 COOPER VISION, INC., et al., | |
| 11          Defendants. | |
| 12 | |
| 13 RACHEL MILLER, et al., | Case No. 15-cv-01028-HSG |
| 14          Plaintiffs, | |
| 15      v. | |
| 16 ALCON LABORATORIES, INC., et al., | |
| 17          Defendants. | |
| 18 SUNEETA D FERNANDES, | Case No. 15-cv-01045-HSG |
| 19          Plaintiff, | |
| 20      v. | |
| 21 ALCON LABORATORIES, INC., et al., | |
| 22          Defendants. | |
| 23 STEPHEN MANGUM, | Case No. 15-cv-01064-HSG |
| 24          Plaintiff, | |
| 25      v. | |
| 26 COOPERVISION, INC.,, et al., | |
| 27          Defendants. | |

28

| | |
|---|---|
| KIMBERLY MARTIN,<br><br>        Plaintiff,<br><br>    v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-01090-HSG |
| SUSAN G GORDON,<br><br>        Plaintiff,<br><br>    v.<br><br>COOPER VISION, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-01092-HSG |
| MATTHEW J. CARDAMONE,<br><br>        Plaintiff,<br><br>    v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-01093-HSG |
| GLORIA GOLDBLATT,<br><br>        Plaintiff,<br><br>    v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-01095-HSG |
| SERGE PENTSAK, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-01097-HSG |

United States District Court
Northern District of California

| | |
|---|---|
| JULIANA BRODSKY,<br><br>  Plaintiff,<br><br>  v.<br><br>COOPER VISION, INC., et al.,<br><br>  Defendants. | Case No. 15-cv-01123-HSG |
| DUSTY PRICE, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>  Defendants. | Case No. 15-cv-01124-HSG |
| BENJAMIN W. HEWITT, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>  Defendants. | Case No. 15-cv-01196-HSG |

Motions to transfer the above-captioned class actions, along with other related actions filed in other districts, to a single district for coordination or consolidation are currently pending before the Judicial Panel for Multidistrict Litigation ("JPML"). *See In re: Disposable Contact Lens Antitrust Litigation*, MDL No. 2626. The deadlines for Defendants to answer or otherwise respond to the complaints filed in the above-captioned class actions are hereby continued pending resolution of MDL No. 2626. Discovery shall also be stayed pending resolution of MDL No. 2626. However, if Defendants are required to answer or otherwise respond to another complaint in a related class action before then, Defendants will answer or otherwise respond to the complaints in the above-captioned class actions at the same time. Furthermore, if any Defendant responds to any discovery requests or makes any initial disclosures in a related class action, that Defendant will simultaneously provide the same responses and/or disclosures to any Plaintiff in any one of the above-captioned class actions involving that Defendant.

1    **IT IS SO ORDERED.**

2    Dated: March 31, 2015

3    _____
HAYWOOD S. GILLIAM, JR.
4    United States District Judge